IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JOSEPH MILLS, AN INDIVIDUA; AND PEGGY MILLS, AN INDIVIDUAL,<br>Appellants,<br>vs.<br>SUPERIOR TRAFFIC SERVICES CORP.,<br>Respondent. | No. 84523<br><br>**FILED**<br><br>OCT 24 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL AS ABANDONED

After the settlement judge reported that the parties had agreed to a settlement, this court entered an order directing appellants to file a stipulation or motion to dismiss this appeal or otherwise inform this court of the status of this appeal within 30 days. To date, appellants have not responded to our order or otherwise communicated with this court. Accordingly, cause appearing, we dismiss this appeal as abandoned.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joseph Hardy, Jr., District Judge
John Walter Boyer, Settlement Judge
Clear Counsel Law Group
Springel & Fink, LLP
Lemons, Grundy & Eisenberg
Eighth District Court Clerk

22-33403